USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
                                   :

HECTOR NICOLAS DURAN HERNANDEZ,    :

                                   :

                Petitioner,    :                    1:26-cv-1440-GHW

                                   :

          -v-                         :                      <u>ORDER</u>

                                   :

LADEON FRANCIS, *et al.*,                 :

                                   :

             Respondents.   :

                                   :

----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Petitioner has, through next friend Lissette Marisol Barahona Zepeda, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  The Court, having examined the Petition, hereby

ORDERS that:

(1)  Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

     a.  whether Petitioner was, as the Petition alleges, *see* ECF No. 1 ¶ 10, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g., Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

     b.  Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

     c.  the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

     d.  If the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Arana v. Arteta, et al.*, No. 1:26-CV-240, 2026 WL 279786 (S.D.N.Y. Feb. 3, 2026);

     e.  a copy of any final order of removal; and

     f.  any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

All communications with the Court by a *pro se* party should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to ProSe@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007; or (3) hand-delivering the communication to the Pro Se Intake Unit. No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

**CONCLUSION**

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Within **two business days of the date of this Order**, Respondents shall file a letter with the Court with the information described in this order.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner and to Mr. Carlos Lucero at the address listed on the docket sheet for this action.

The Court also directs the Clerk of Court to mail Petitioner and Ms. Zepeda an information package.

SO ORDERED.

Dated:   February 20, 2026
         New York, New York

_____
GREGORY H. WOODS
United States District Judge

2