UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

HECTOR NICOLAS DURAN HERNANDEZ,

         Petitioner,

     -v-

LADEON FRANCIS, *et al.*,

         Respondents.

------------------------------------------------------------------- X

                  :
                  :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/25/2026

1:26-cv-1440-GHW

<u>TRANSFER ORDER</u>

GREGORY H. WOODS, United States District Judge:

Petitioner, through next friend Lissette Marisol Barahona Zepeda, brings this Petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.  For the following reasons, the Court transfers this action to the United States District Court for the Eastern District of New York.

Petitioner filed this petition on February 19, 2026 at 5:50 p.m. via email five minutes after Petitioner was booked out of Nassau County Correctional Center ("NCCC") in East Meadow, New York.  Dkt. No. 6 ¶ (a)(c).  Respondents assert that Petitioner was never detained at 26 Federal Plaza.  *Id.* ¶ (a)(a).  NCCC is in the Eastern District of New York.

Accordingly, because Petitioner was not located in the Southern District of New York at the time he filed this Petition, and therefore, the Court does not have jurisdiction over his custodian, *see Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004), in the interest of justice, the Court transfers this petition to the United States District Court for the Eastern District of New York.  *See* 28 U.S.C. §§ 1404(a), 1406(a).

The Court directs the Clerk of Court to transfer this action to the Eastern District of New York.  **The Court waives Local Civil Rule 83.1, which requires a seven-day delay before the Clerk of Court may transfer a case, and directs immediate transfer.**

The Clerk of Court is directed to email a copy of this order to usanys.2241@usdoj.gov.

**The United States Attorney is directed forthwith to alert the Chief of the Civil Division United States Attorney's Office for the Eastern District of New York of the transfer of this matter.**

The Court directs the Clerk of Court to mail a copy of this order to Petitioner and to Ms. Zepeda at the address listed on the docket sheet for this action.

This order closes the case in the Southern District of New York.

SO ORDERED.

Dated:   February 25, 2026
         New York, New York

_____
GREGORY H. WOODS
United States District Judge

2